# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0271
LT Case No. 2018-CA-4609

_____

NORTH FLORIDA BOAT SHOW,
INC. d/b/a CURRENT
PRODUCTIONS,

    Appellant,

    v.

CITY OF JACKSONVILLE,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

Sarah K. Moss, Yulee, for Appellant.

Christopher M. Garrett, Chief General Litigation and Craig D. Feiser, Assistant General Counsel, of City of Jacksonville, Office of General Counsel, Jacksonville, for Appellee.

March 12, 2024


PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____